# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21–cv–04284–GHW

| | |
|---|---|
| Otigho v. JDS Development LLC et al | Date Filed: 05/12/2021 |
| Assigned to: Judge Gregory H. Woods | Date Terminated: 07/21/2021 |
| Cause: 42:1981 Job Discrimination (Race) | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Christopher Otigho**      represented by    **Zachary Ian Holzberg**
Derek Smith Law Group, PLLC
One Penn Plaza, Suite 4905
New York
New York, NY 10119
212–587–0760
Email: zack.holzberg@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JDS Development LLC**
*doing business as*
JDS Development Group LLC
*doing business as*
JDS Construction Service LLC

**Defendant**

**JDS Construction Group LLC**      represented by    **Joan M. Gilbride**
*doing business as*                                      Kaufman, Borgeest & Ryan, LLP (NYC)
JDS Development Group LLC                    120 Broadway, 14th Floor
*doing business as*                                        New york, NY 10271
JDS Construction Service LLC                  (212)980–9600
Fax: (212) 980–9291
Email: jgilbride@kbrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JDS Construction Service LLC**

**Defendant**

**JDS Construction Services LLC**      represented by    **Joan M. Gilbride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Stern**
*individually*

represented by **Joan M. Gilbride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cristino Torruella**
*individually*

**Defendant**

**Michael Jones**
*individually*

represented by **Joan M. Gilbride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/12/2021 | Ï 1 | COMPLAINT against JDS CONSTRUCTION GROUP LLC, JDS CONSTRUCTION SERVICE LLC, JDS CONSTRUCTION SERVICES LLC, JDS DEVELOPMENT LLC, MICHAEL JONES, MICHAEL STERN, CRISTINO TORRUELLA. (Filing Fee $ 402.00, Receipt Number BNYSDC−24531351)Document filed by CHRISTOPHER OTIGHO..(Holzberg, Zachary) (Entered: 05/12/2021) |
| 05/13/2021 | Ï | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Zachary Ian Holzberg. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (jgo)** (Entered: 05/13/2021) |
| 05/13/2021 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Zachary Ian Holzberg. The party information for the following party/parties has been modified: JDS DEVELOPMENT LLC doing business as JDS DEVELOPMENT GROUP LLC doing business as JDS CONSTRUCTION SERVICE LLC; JDS CONSTRUCTION GROUP LLC doing business as JDS DEVELOPMENT GROUP LLC doing business as JDS CONSTRUCTION SERVICE LLC; JDS CONSTRUCTION SERVICE LLC; JDS CONSTRUCTION SERVICES LLC; MICHAEL STERN; CRISTINO TORRUELLA; MICHAEL JONES. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps;. (jgo)** (Entered: 05/13/2021) |
| 05/13/2021 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Gregory H. Woods. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 05/13/2021) |
| 05/13/2021 | Ï | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 05/13/2021) |
| 05/13/2021 | Ï | Case Designated ECF. (jgo) (Entered: 05/13/2021) |

| | | |
|---|---|---|
| 05/13/2021 | Ï 2 | NOTICE OF INITIAL PRETRIAL CONFERENCE: This case has been assigned to me for all purposes. It is hereby ORDERED that counsel for all parties participate in an initial pretrial conference with the Court at the time listed below. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. Any open legal issues can be addressed at the conference, and as further set forth in this Order. DATE AND TIME OF CONFERENCE: July 28, 2021 at 2:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID−19, which are available on the Court's website, for the dial−in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. SO ORDERED. (Initial Conference set for 7/28/2021 at 02:00 PM before Judge Gregory H. Woods.) (Signed by Judge Gregory H. Woods on 5/13/2021) (rjm) (Entered: 05/14/2021) |
| 06/15/2021 | Ï 3 | NOTICE OF APPEARANCE by Joan M. Gilbride on behalf of JDS Construction Group LLC, Michael Jones, Michael Stern..(Gilbride, Joan) (Entered: 06/15/2021) |
| 07/21/2021 | Ï 4 | LETTER MOTION for Conference *pre−motion conference* addressed to Judge Gregory H. Woods from Joan M. Gilbride dated July 21, 2021. Document filed by JDS Construction Services LLC, Michael Jones, Michael Stern..(Gilbride, Joan) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 5 | JOINT LETTER addressed to Judge Gregory H. Woods from Zachary Holzberg dated July 21, 2021 re: Joint Letter in anticipation of upcoming initial conference. Document filed by Christopher Otigho..(Holzberg, Zachary) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 6 | PROPOSED STIPULATION AND ORDER. Document filed by Christopher Otigho..(Holzberg, Zachary) (Entered: 07/21/2021) |
| 07/21/2021 | Ï 7 | STIPULATION: IT IS HEREBY STIPULATED AND AGREED by the attorneys for Plaintiff CHRISTOPHER OTIGHO (Plaintiff) and Defendants JDS DEVELOPMENT SERVICES LLC, MICHAEL STERN and MICHAEL JONES, and any other related persons or entities (Defendants) agree that plaintiff will transfer this action from the Southern District of New York to the Eastern District of New York. Upon transfer, the Southern District Action will be discontinued. IT IS FURTHER STIPULATED AND AGREED that Defendants waive their affirmative jurisdictional defenses related to service of process, and, IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of this Stipulation shall have the same binding effect as an original thereof. The parties have stipulated to the transfer of this action to the Eastern District of New York. The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay. (Signed by Judge Gregory H. Woods on 7/21/2021) (ate) Modified on 7/22/2021 (ate). (Entered: 07/22/2021) |
| 07/21/2021 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Eastern District of New York. (ate) (Entered: 07/22/2021) |