

June 16, 2022

**VIA ECF**
Honorable Brian M. Cogan, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Christopher Otigho v. JDS Development Group, LLC, et al.
              Docket No. 1:21-cv-04143-BMC

Dear Judge Cogan,

Please be advised that we represent Plaintiff, Christopher Otigho, in the above-referenced action. I write this letter joined by Defendants' counsel to inform Your Honor that the parties have reached a settlement in principle, subject to the drafting and execution of a settlement agreement.

The parties respectfully request that Your Honor enter a 60-day administrative Order. Within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened, provided the application to restore the action is made within sixty (60) days of the Court's forthcoming Order. The parties thank Your Honor for considering this request.

Thank you for the Court's attention this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP PLLC

/s/Zack Holzberg
Zack Holzberg

Cc:    Counsel for Defendants (via ECF)

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com