

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

August 1, 2022

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Christopher Otigho v. JDS Development Group, LLC, et al.
      Docket No. 21-cv-04143 (BMC)

Dear Judge Cogan:

We represent Defendants JDS Development Group LLC d/b/a JDS Development LLC, JDS Development LLC, JDS Development Construction Services LLC, JDS Construction Group LLC, JDS Construction Services LLC, JDS Construction Group LLC and Michael Jones individually (collectively, "Defendants") in this matter.

The parties respectfully request that the Court approve the dismissal of this action with prejudice and submit an executed stipulation to be So-Ordered.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

cc:   all counsel of record (via ECF)

NEW YORK    NEW JERSEY    CONNECTICUT    CALIFORNIA

8357423

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER OTIGHO,<br><br>                    Plaintiff,<br><br>-against-<br><br>JDS DEVELOPMENT GROUP LLC d/b/a<br>JDS DEVELOPMENT LLC,<br>JDS DEVELOPMENT LLC,<br>JDS DEVELOPMENT CONSTRUCTION SERVICES LLC,<br>JDS CONSTRUCTION GROUP LLC<br>JDS CONSTRUCTION SERVICES LLC,<br>TRADESMEN INTERNATIONAL LLC,<br>CRISTINO TORRUELLA, individually, and<br>MICHAEL JONES, individually.<br><br>                    Defendants. | Case No.: 1:21-cv-04143-BMC<br><br>**STIPULATION OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and on the merits pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without costs or disbursements to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile and/or photocopied signatures will be deemed to have the same force and effect as originals.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 28 2022
         New York, New York

8284856

| | |
|---|---|
| DEREK SMITH LAW GROUP PLLC<br><br>_____<br>Zachary Holzberg<br>*Attorneys for Plaintiff*<br>One Penn Plaza, Suite 4905<br>New York, New York 10119<br>Email: zachary@dereksmithlaw.com | KAUFMAN BORGEEST & RYAN LLP<br><br>_____<br>Joan M. Gilbride<br>Attorneys for JDS DEVELOPMENT GROUP LLC d/b/a JDS DEVLOPMENT LLC, JDS DEVELOPMENT CONSTRUCTION SERVICES LLC, JDS CONSTRUCTION GROUP LLC, JDS CONSTRUCTION SERVICES LLC, and Michael Jones individually<br>120 Broadway, 14th Floor<br>New York, New York 10271<br>Email: jgilbride@kbrlaw.com |
| TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP<br><br>_____<br>Hillary Raimondi<br>Attorneys for Cristino Torruella<br>Seven Skyline Drive<br>Hawthorne, New York 10532<br>Email: hraimondi@tlsslaw.com | HARRIS BEACH PLLC<br><br>_____<br>Andre Major<br>Attorneys for Tradesmen International<br>100 Wall Street<br>New York, New York 1005<br>Email: amajor@harrisbeach.com |

SO ORDERED:

_____

2

8284856