UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTOPHER OTIGHO,

              Plaintiff,

       -against-

JDS DEVELOPMENT GROUP LLC d/b/a
JDS DEVELOPMENT LLC,
JDS DEVELOPMENT LLC,
JDS DEVELOPMENT CONSTRUCTION
SERVICES LLC,
JDS CONSTRUCTION GROUP LLC
JDS CONSTRUCTION SERVICES LLC,
TRADESMEN INTERNATIONAL LLC,
CRISTINO TORRUELLA, individually, and
MICHAEL JONES, individually.

              Defendants.

Case No.: 1:21-cv-04143-BMC

**STIPULATION OF
DISCONTINUANCE**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice and on the merits pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without costs or disbursements to either party as against the other.

      **IT IS FURTHER STIPULATED AND AGREED** that facsimile and/or photocopied signatures will be deemed to have the same force and effect as originals.

      **IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 28 2022
      New York, New York

8284856

DEREK SMITH LAW GROUP PLLC

_____
Zachary Holzberg
*Attorneys for Plaintiff*
One Penn Plaza, Suite 4905
New York, New York 10119
Email: zachary@dereksmithlaw.com

KAUFMAN BORGEEST & RYAN LLP

_____
Joan M. Gilbride
Attorneys for JDS DEVELOPMENT
GROUP LLC d/b/a JDS DEVLOPMENT
LLC, JDS DEVELOPMENT
CONSTRUCTION SERVICES LLC, JDS
CONSTRUCTION GROUP LLC, JDS
CONSTRUCTION SERVICES LLC, and
Michael Jones individually
120 Broadway, 14th Floor
New York, New York 10271
Email: jgilbride@kbrlaw.com

TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP

_____
Hillary Raimondi
Attorneys for Cristino Torruella
Seven Skyline Drive
Hawthorne, New York 10532
Email: hraimondi@tlsslaw.com

HARRIS BEACH PLLC

_____
Andre Major
Attorneys for Tradesmen International
100 Wall Street
New York, New York 1005
Email: amajor@harrisbeach.com

SO ORDERED: 8/1/22

**Digitally signed by Brian M.
Cogan** _____

USDJ

8284856